JOHN J. NOLAN, Appellant, *v.* THE HARLEM BRIDGE, MORRIS-ANIA AND FORDHAM RAILROAD COMPANY, Respondent.

(Argued November 28, 1894; decided December 18, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made January 5, 1893, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*A. G. Vanderpoel* for appellant.

*Abel Crook* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

CHARLES J. CLOSE, Appellant, *v.* CHARLES P. BRADY, Respondent.*

(Argued November 28, 1894; decided December 18, 1894.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 14, 1893, which overruled plaintiff's exceptions, denied his motion for a new trial and directed judgment in favor of defendant upon a verdict.

*Simon Fleischmann* for appellant.

*Moses Shire* for respondent.

Agree to affirm on opinion of TITUS, J., below.
All concur.
Judgment affirmed.

---

* Reported below, 4 Misc. Rep. 474.